UNITED STATES of America,
Plaintiff–Appellee,

v.

Pedro Antonio Carvajal VARONA,
Defendant–Appellant.

No. 09–13905
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 26, 2010.

Gail M. Stage, Lauderdale, FL, Kathleen M. Williams, Miami, FL, for Defendant–Appellant.

Kathleen M. Salyer, Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before BLACK, MARCUS and PRYOR, Circuit Judges.

PER CURIAM:

Kathleen Williams, appointed counsel for Pedro Antonio Carvajal Varona in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is

GRANTED, and Carvajal Varona's convictions and sentences are AFFIRMED.